Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 23 2008

FILED
CLERK'S OFFICE

FILED
JUL 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION

C 08-2724 EMC

(SEE ATTACHED SCHEDULE)

MDL No. 1769

## CONDITIONAL TRANSFER ORDER (CTO-63)

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 544 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL - 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: _____
Deputy Clerk

Case 6:06-md-01769-ACC-DAB Document 1046 Filed 12/22/2008 Page 2 of 3
Case 3:08-cv-02724-EMC Document 6 Filed 07/02/2008 Page 1 of 2

Page 1 of 2

**IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**  MDL No. 1769

## SCHEDULE CTO-63 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 08-3239 | Leonard Collier v. AstraZeneca Pharmaceuticals, LP, et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-2493 | Alice Gevarter v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 08-2722 | Carol Yates v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 08-2723 | Richard Mora v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 08-2724 | Deborah Owens v. AstraZeneca Pharmaceuticals, LP, et al. |
| **INDIANA SOUTHERN** | |
| INS 2 08-204 | Shelley L. Badger v. AstraZeneca Pharmaceuticals, LP, et al. |
| **KENTUCKY WESTERN** | |
| KYW 4 08-68 | Mendy Jones v. AstraZeneca Pharmaceuticals, LP, et al. |
| KYW 4 08-69 | Trent Burden v. AstraZeneca Pharmaceuticals, LP, et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 08-3597 | Arthur Cole v. AstraZeneca Pharmaceuticals, LP, et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 08-328 | Cora Hurst v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MARYLAND** | |
| MD 1 08-1382 | Thomas Moore v. AstraZeneca Pharmaceuticals, LP, et al. |
| MD 8 08-1383 | Arnita Cole v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MINNESOTA** | |
| MN 0 08-1476 | Jerry Griggs v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 08-1529 | Lizzie Bailey v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 08-1546 | Joycelyn Abbey v. AstraZeneca Pharmaceuticals, LP, et al. |
| MN 0 08-1548 | James Sharp v. AstraZeneca Pharmaceuticals, LP, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 2 08-121 | Tony E. Holloway v. AstraZeneca Pharmaceuticals, LP, et al. |
| MSS 3 08-342 | William Freemyer v. AstraZeneca Pharmaceuticals, LP, et al. |
| MSS 4 08-54 | Helen Pickens v. AstraZeneca Pharmaceuticals, LP, et al. |

Case 6:06-md-01769-ACC-DAB Case 3:08-cv-02724-EMC Document 1046 Document 3 Filed 07/14/2008 Filed 02/20/2008 Page 3 of 3

MDL No. 1769 - Schedule CTO-63 Tag-Along Actions (Continued)    Page 2 of 2

**DIST. DIV. C.A. #**          **CASE CAPTION**

TENNESSEE MIDDLE
   TNM 2 08-48           Ronnie Franklin v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 2 08-49           Thomasina Young v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3 08-540          Trudy Adcock v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3 08-541          Patricia Hall v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3 08-542          Michael McInturff v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3 08-543          Lisa Sanders v. AstraZeneca Pharmaceuticals, LP, et al.
   TNM 3 08-544          Terry Gallina v. AstraZeneca Pharmaceuticals, LP, et al.

TENNESSEE WESTERN
   TNW 2 08-2332         Lyman Hudson v. AstraZeneca Pharmaceuticals, LP, et al.
   TNW 2 08-2353         Rodney Childress v. AstraZeneca Pharmaceuticals, LP, et al.