**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

July 23, 2008

U.S. District Court
Middle District of Florida
401 W. Central Blvd, Suite 1200
Orlando, FL 32801


RE: CV 08-02724 EMC  DEBORAH OWENS-v-ASTRAZENECA PHARMACEUTICALS

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☐   Certified copy of docket entries.

- ☐   Certified copy of Transferral Order.

- ☐   Original case file documents.

- ✔   Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

                                        Sincerely,
                                        RICHARD W. WIEKING, Clerk


                              by:  Sheila Rash
                              Case Systems Administrator

Enclosures
Copies to counsel of record

July 23, 2008

---

**These instructions are for internal court use only.
Do not make these instructions part of the record.**

---

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at
ecfhelpdesk@cand.uscourts.gov.